No. 54443.—Cleveland Worsted Mills v. United States, protests 148349–K, etc. (Cleveland).

Opinion by Cole, J.   The protests were dismissed.

No. 54444.—Winthrop-Stearns, Inc. v. United States, protests 148388–K and 148389–K (Detroit).

Opinion by Cole, J.   The protests were dismissed.

No. 54445.—Tuteur Bio Chemicals, Inc. v. United States, protest 153272–K (New York).

Opinion by Cole, J.   The protest was dismissed.

No. 54446.—Chas. L. Huisking, Inc. v. United States, protest 155209–K (New York).

Opinion by Cole, J.   The protest was dismissed.

No. 54447.—American Oak Preserving Co. v. United States, protests 147395–K, etc.   (New York).

Opinion by Mollison, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### Before the Second Division, June 22, 1950

No. 54448.—Belgo-French Steel Export, Inc., et al. v. United States, protests 151900–K, etc.   (New York).

Opinion by Lawrence, J.   The protests were dismissed.

No. 54449.—Henry Black, Ltd., Inc., et al. v. United States, protests 152355–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

No. 54450.—American Thermo Ware Co., Inc. v. United States, protest 152357–K (New York).

Opinion by Lawrence, J.   The protest was dismissed.